**NOT FOR PUBLICATION**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| THE AMAKA NWOKORO TRUST, | No. 17-9801 (SDW)(LDW) |
| Plaintiff, | |
| v. | **ORDER** |
| BHG STRUCTURED SETTLEMENTS, INC., and BERSHIRE HATHAWAY LIFE INSURANCE COMPANY OF NEBRASKA, | June 5, 2018 |
| Defendants. | |

**WIGENTON**, District Judge.

Before this Court is the Report and Recommendation ("R&R") entered on May 21, 2018 by Magistrate Judge Leda D. Wettre ("Judge Wettre"), recommending that Plaintiff's Complaint be stricken and that this case be dismissed without prejudice due to Plaintiff's failure to comply with the Court's May 3, 2018 Order to Show Cause (ECF No. 18). Neither Plaintiff nor Defendants filed an objection to the R&R.

This Court has reviewed the reasons set forth by Judge Wettre in the R&R and the other documents in this matter. Based on the foregoing, and for good cause shown, it is hereby

**ORDERED** that the R&R of Judge Wettre (Dkt. No. 19) is **ADOPTED** as the conclusions of law of this Court.

**SO ORDERED**.

                                                        s/ Susan D. Wigenton, U.S.D.J.

Orig: Clerk
cc: Parties
      Magistrate Judge Wettre